| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) ROSENSTENGEL, NANCY J. | 2. Court or Organization UNITED STATES DISTRICT COURT-EAST ST. LOUIS | 3. Date of Report 10/26/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) FEDERAL JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
MELVIN PRICE FEDERAL BUILDING AND COURTHOUSE
750 MISSOURI AVENUE ROOM 104
EAST ST. LOUIS, ILLINOIS 62201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 10/26/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | BONIFIELD AND ROSENSTENGEL, INC. ATTORNEY AT LAW-SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 10/26/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FCB BANK | MORTGAGE ON LAW FIRM BUILDING-SPOUSE | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 10/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  REGIONS BANK | A | Interest | K | T | | | | | |
| 2.  BONIFIELD AND ROSENSTENGEL STOCK | A | Dividend | N | W | | | | | |
| 3.  HUNTLEIGH IRA AND JOINT ACCTS (h) | | | | | | | | | |
| 4.  -HUNTLEIGH BANK DEPOSIT SWEEP ACCOUNT | A | Interest | K | T | Buy | 12/27/16 | K | | |
| 5.  -FLEXSHARES TRUST QUAL DIV INDEX FD | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 6.  -ISHARES ET US CONSUMER GOODS | A | Int./Div. | J | T | Buy | 05/27/16 | J | | |
| 7.  MORGAN STANDLEY TECH ET MTK | A | Int./Div. | J | T | Buy | 05/27/16 | J | | |
| 8.  -PIMCO INVESTMENT ET GRADE CORP BOND INDEX FD | A | Interest | J | T | Buy | 05/27/16 | J | | |
| 9.  PIMCO 0-5 YR HIGH ET GRADE CORP BOND INDEX FD | A | Interest | J | T | Buy | 05/27/16 | J | | |
| 10.  -POWERSHARES KBW REGIONAL BANKING | A | Int./Div. | J | T | Buy | 11/29/16 | J | | |
| 11.  -SELECT SECTOR SPDR CONSUMER STAPLES | A | Int./Div. | J | T | Buy | 05/20/16 | J | | |
| 12.  -SPDR BLOOMBERG ET BARCLAYS SHORT TERM HIGH YIELD BN ETF | A | Int./Div. | J | T | Buy | 06/03/16 | J | | |
| 13.  -SPDR S&P HEALTH CARE ET SERVICE | A | Int./Div. | J | T | Buy | 05/27/16 | J | | |
| 14.  -FIRST TR NASDAQ ABA COMMUMITY BANK | A | Int./Div. | J | T | Buy | 01/15/16 | J | | |
| 15.  -VANGUARD INTERMEDIATE TERM CORP BOND | A | Interest | J | T | Buy | 05/27/16 | J | | |
| 16. | | | | | Sold (part) | 11/29/16 | J | A | |
| 17.  -VANGUARD SHORT TERM ET CORP BD | A | Interest | J | T | Buy | 11/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 10/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -VANGUARD TELECOMMUNICATION SERV | | Int./Div. | | | Buy | 05/20/16 | J | | |
| 19. | | | | | Sold | 08/17/16 | J | A | |
| 20. -WISDOMTREE EUROPE SMALL CAP DIV FUND | A | Int./Div. | J | T | Buy | 05/27/16 | J | | |
| 21. -WISDOMTREE LOW P/E FUND | A | Int./Div. | J | T | Buy | 05/27/16 | J | | |
| 22. -ISHARES MSCI JAPAN | A | Int./Div. | | | Buy | 05/27/16 | J | | |
| 23. | | | | | Sold | 08/05/16 | J | A | |
| 24. -SPDR BARCLAYS HIGH YIELD BOND ETF | A | Int./Div. | | | Sold | 06/03/16 | J | A | |
| 25. -WESTERN ASSETS HIGHLY DEFIN OPPTY FD | A | Int./Div. | | | Buy | 06/03/16 | J | | |
| 26. | | | | | Sold | 11/28/16 | J | A | |
| 27. -ISHARES S&P 500 GROWTH INDEX | A | Dividend | | | Sold | 05/16/16 | J | A | |
| 28. -POWERSHARES QQQ TR SERIES 1 | A | Dividend | | | Sold | 05/16/16 | J | A | |
| 29. -FRANKLIN CUSTODIAN FDS INCOME SER ADV | A | Dividend | J | T | | | | | |
| 30. -SELECT SECTOR SPDR HEALTHCARE | A | Dividend | | | Sold | 05/16/16 | J | A | |
| 31. -SELECT SECTOR SPDR T CONSUMER STAPLES | A | Dividend | | | Sold | 05/16/16 | J | A | |
| 32. -FIRST TRUST CONSUMER STAPLES APH | A | Dividend | | | Sold | 05/16/16 | J | A | |
| 33. -VANGUARD WHITEHALL HIGH DIV YIELD | A | Dividend | | | Sold | 05/16/16 | J | A | |
| 34. -WESTERN ASSET HIGH Y DEFINED OPP FUND | A | Dividend | | | Sold | 05/16/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| ROSENSTENGEL, NANCY J. | 10/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -BLACKROCK DEF. OPPORTUNITY CREDIT TRUST | A | Dividend | | | Sold | 05/16/16 | J | A | |
| 36. FRANKLIN INCOME FUND A ACCT#2 | A | Dividend | J | T | | | | | |
| 37. BRIGHT STAR EQUITYCL H ACCT#1 BASED 10-11 | A | Dividend | J | T | | | | | |
| 38. BRIGHT STAR EQUITYCL H ACCT #2 BASED 12-14 | A | Dividend | J | T | | | | | |
| 39. BRIGHT STAR EQUITYCL H ACCT #3 BASED 15-17 | A | Dividend | J | T | | | | | |
| 40. UMB ACCT #1 COCA COLA STOCK | A | Dividend | J | T | | | | | |
| 41. UMB ACCT #2 COCA COLA STOCK | A | Dividend | J | T | | | | | |
| 42. UMB ACCT #3 COCA COLA STOCK | A | Dividend | J | T | | | | | |
| 43. EDWARD D JONES ACCT #1 PUTNAM MULTI-CAP GROWTH FUND | A | Dividend | J | T | | | | | |
| 44. EDWARD D JONES ACCT #2 PUTNAM MULTI-CAP GROWTH FUND | A | Dividend | J | T | | | | | |
| 45. EDWARD D JONES ACCT #3 PUTNAM MULTI-CAP GROWTH FUND | A | Dividend | J | T | | | | | |
| 46. NML LIFE INSURANCE-WHOLE LIFE | C | Dividend | M | T | | | | | |
| 47. COUNTRY COMPANIES WHOLE LIFE INSURANCE CV | B | Dividend | L | T | | | | | |
| 48. HARTFORD LIFE INSURANCE POLICY-CASH VALUE (X) | B | Dividend | K | T | | | | | |
| 49. JJB PROFIT SHARING PLAN (H) | | | | | | | | | |
| 50. -FIRST TR NASDAQ ABA COMMUNITY BANK | C | Int./Div. | | | Buy | 01/15/16 | L | | |
| 51. | | | | | Sold | 05/16/16 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 10/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -WISDOM TREE LOW P/E | B | Int./Div. | L | T | Buy | 05/20/16 | J | | |
| 53. | | | | | Buy (add'l) | 05/27/16 | K | | |
| 54. -WISDOM TREE EUROPE SM CAP DIV SERV | B | Int./Div. | K | T | Buy | 05/20/16 | K | | |
| 55. | | | | | Buy (add'l) | 05/27/16 | J | | |
| 56. -VANGUARD TELECOMMUNICATION SER | B | Int./Div. | | | Buy | 05/20/16 | J | | |
| 57. | | | | | Buy (add'l) | 05/27/16 | J | | |
| 58. | | | | | Sold | 08/17/16 | K | A | |
| 59. -VANGUARD INTERMEDIATE TERM CORP BOND | B | Int./Div. | | | Buy | 05/20/16 | K | | |
| 60. | | | | | Buy (add'l) | 05/27/16 | K | | |
| 61. | | | | | Sold | 11/29/16 | K | A | |
| 62. -SPDR BARCLAYS HIGH YIELD BOND | C | Int./Div. | | | Buy | 05/20/16 | J | | |
| 63. | | | | | Buy (add'l) | 05/27/16 | J | | |
| 64. | | | | | Sold | 06/03/16 | J | A | |
| 65. -MORGAN STANLEY TECH | B | Int./Div. | J | T | Buy | 05/20/16 | K | | |
| 66. | | | | | Buy (add'l) | 05/27/16 | J | | |
| 67. -SPDR BARCLAYS SHORT TERM YIELD BOND | B | Int./Div. | K | T | Buy | 05/20/16 | J | | |
| 68. | | | | | Buy (add'l) | 05/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 10/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 06/03/16 | J | | |
| 70. -SPDR S&P HEALTH CARE SERV | B | Int./Div. | J | T | Buy | 05/20/16 | J | | |
| 71. | | | | | Buy (add'l) | 05/27/16 | J | | |
| 72. -SELECT SECTOR SPDR T CONSUMER STAPLES | C | Int./Div. | L | T | Buy | 05/20/16 | K | | |
| 73. | | | | | Buy (add'l) | 05/27/16 | K | | |
| 74. -PIMCO INVESTMENT GRADE CORP BOND INDEX | C | Int./Div. | K | T | Buy | 05/20/16 | K | | |
| 75. | | | | | Buy (add'l) | 05/27/16 | K | | |
| 76. | | | | | Sold (part) | 11/29/16 | K | A | |
| 77. -PIMCO 0-5 YR HIGH YIELD CORP BOND | B | Int./Div. | K | T | Buy | 05/20/16 | J | | |
| 78. | | | | | Buy (add'l) | 05/27/16 | J | | |
| 79. -ISHARE MSCI JAPAN | B | Int./Div. | | | Buy | 05/20/16 | J | | |
| 80. | | | | | Buy (add'l) | 05/27/16 | J | | |
| 81. | | | | | Sold | 08/03/16 | K | A | |
| 82. -ISHARE US CONSUMER GOODS | D | Int./Div. | L | T | Buy | 05/20/16 | L | | |
| 83. | | | | | Buy (add'l) | 05/27/16 | L | | |
| 84. | | | | | Sold (part) | 11/29/16 | J | A | |
| 85. -FLEXSHARES TRUST QUALITY DIV INDEX FUND | D | Int./Div. | M | T | Buy | 05/20/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 10/26/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 11/29/16 | J | A | |
| 87. | | | | | Buy (add'l) | 05/27/16 | L | | |
| 88. -WESTERN ASSET HIGH Y DEFINED OPPORT FD | A | Int./Div. | | | Buy | 06/03/16 | J | | |
| 89. | | | | | Sold | 11/28/16 | J | A | |
| 90. -COMMERICA BANK TX ACT 365 | D | Interest | | | Buy | 08/29/16 | L | | |
| 91. | | | | | Sold | 09/30/16 | M | A | |
| 92. | | | | | Buy (add'l) | 08/29/16 | L | | |
| 93. -BANK OF CHINA NEW YORK CITY NC ACT FDIC INSIRED | D | Interest | | | Buy | 09/19/16 | M | | |
| 94. | | | | | Sold | 10/21/16 | M | A | |
| 95. -FORTIS PRIVATE BANK DENVER CO ACT 365 | D | Interest | | | Buy | 09/20/16 | M | | |
| 96. | | | | | Sold | 10/31/16 | M | A | |
| 97. -BANK OF INDIA NEW YORK NY ACT 365 | D | Interest | | | Buy | 09/28/16 | M | | |
| 98. | | | | | Sold | 11/02/16 | M | A | |
| 99. -VANGUARD SHORT TERM CORP TERM BOND BD | B | Interest | L | T | Buy | 11/29/16 | L | | |
| 100. -POWER SHARES KBW REGINAL BANK | C | Int./Div. | L | T | Buy | 11/29/16 | L | | |
| 101. -SELECT SECTOR SPDR F HEALTH CARE | B | Dividend | | | Sold | 05/16/16 | M | E | |
| 102. -JP MORGAN 100% US TREASURY SECURITIES MONEY MARKET | A | Interest | O | T | Buy | 11/02/16 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 10/26/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -FRANKLIN CUSTODIAN FDS INCOME SERIES ADV CL AD | E | Dividend | | | Sold | 05/16/16 | O | C | |
| 104. -FIRST TRUST STOXX ETF EUROPEAN SELECT DIV | C | Dividend | | | Sold | 05/16/16 | L | C | |
| 105. -VANGUARD WHITEHALL HIGH DIV YIELD | D | Dividend | | | Sold | 05/16/16 | M | C | |
| 106. -SELECT SECTOR SPDR CONSUMER DISCRETIONARY | A | Dividend | | | Sold | 05/16/16 | L | C | |
| 107. -FIRST TRUST CONSUMER STAPLES ALPHADEX FUND | B | Dividend | | | Sold | 05/16/16 | L | D | |
| 108. OFFICE PROPERTY, BELLEVILLE, IL ACQUIRED 12/31/12 $150,000 PRICE | D | Rent | M | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 10/26/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

LINE 49 THROUGH 110. THE PLAN IS, HOWEVER, MANAGED BY A PROFESSIONAL INVESTMENT ADVISOR AND THE REPORTING PERSON HAS NO KNOWLEDGE OF THE PLANS TRANSACTIONS NOR HAS ACCESS TO THE DATA.

ALL PERSONAL ITEMS ARE REPORTED ON LINES 1 THROUGH 49 ON THE SAME REPORT PAGE OF PART VII.

LINE 108 COLUMN A REFLECTS AN INVESTMENT IN OFFICE BUILDING, COST BASIS $150,000, LOCATED BELLEVILLE, ST. CLAIR COUNTY, ILLINOIS
,AND WAS ACQUIRED 12/31/2012. LAW FIRM OF SPOUSE OF REPORTING PERSON RESIDENCES IN BUILDING.

CORRECTION OF PRIOR PERIOD REPORTS (AS A TRANSACTION AND VALUE CARRIED FORWARD): THE ASSET VALUE WAS REPORTED IN ERROR ON THE 2015 REORT AND THE 2016 REPORT, LINE 34, AS A BRIGHT START ADVISOR EQUITY H,
INVESTMENT. IT WAS REPORTED IN ERROR AND WAS DISCOVERED TO BE A DUPLICATE OF ONE OF THE BRIGHT START INVESTMENTS REPORTED ON LINES 25, 26, AND 27 OF THE REPORTS.
THERE WAS ALWAYS ONLY THREE BRIGHT START ACCOUNTS NOT FOUR. IN AN ATTEMPT TO CORRECT THE ERROR, WE DELETED IT FROM THE CARRYFORWARD INFORMATION FROM THE 2015
REPORT TO THE 2016 REPORT.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 10/26/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ NANCY J. ROSENSTENGEL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544